UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Ferb, Esq.
448 Union Ave
Middlesex, New Jersey 08846
Attorney ID 006111978
(732) 469-3422
(732) 469-1015 fax
Attorney for the debtor, Michele J. Thompson

Order Filed on January 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michele J. Thompson
aka Michele Jansson
aka Michele Janquitto

Case No.:    12-12568MBK

Chapter:    13

Judge:    Michael Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Robert J. Ferb_____, the applicant, is allowed a fee of $ _____500.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____500.00_____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*