UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Robert J. Ferb, Esq.
448 Union Ave
Middlesex, New Jersey 08846
Attorney ID 006111978
(732) 469-3422
(732) 469-1015 fax
Attorney for the debtor, Michele J. Thompson

Order Filed on January 18, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Michele J. Thompson
aka Michele Jansson
aka Michele Janquitto

Case No.:    12-12568MBK

Chapter:    13

Judge:    Michael Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: January 18, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____ Robert J. Ferb _____, the applicant, is allowed a fee of $ _____ 500.00 _____ for services rendered and expenses in the amount of $ _____ 0.00 _____ for a total of $ _____ 500.00 _____. The allowance is payable:

☐ through the Chapter 13 plan as an administrative priority.

☒ outside the plan.

The debtor's monthly plan is modified to require a payment of $ _____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Michele J. Thompson  
    Debtor

Case No. 12-12568-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jan 18, 2017  
                  Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 20, 2017.  
db           +Michele J. Thompson,    P.O. Box 30,    Bradley Beach, NJ 07720-0030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 20, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 18, 2017 at the address(es) listed below:

           Albert    Russo    docs@russotrustee.com  
           David M. Meth    on behalf of Interested Party Margaret   Cassidy david@methnjlaw.com  
           Denise E. Carlon    on behalf of Creditor    US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for Banc of America Funding 2005-8 bankruptcynotice@zuckergoldberg.com,    bkgroup@kmllawgroup.com  
           Joel A. Ackerman    on behalf of Creditor    US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for Banc of America Funding 2005-8 bankruptcynotice@zuckergoldberg.com  
           Joel A. Ackerman    on behalf of Creditor    US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for Banc ofAmerica Funding 2005-8 jackerman@zuckergoldberg.com  
           Robert J. Ferb    on behalf of Debtor Michele J. Thompson rjf1@bellatlantic.net  
           Robert J. Ferb    on behalf of Spec. Counsel Robert J. Ferb rjf1@bellatlantic.net  
                                                                                                       TOTAL: 7