Form clsnodsc − ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 12−12568−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michele J. Thompson
   aka Michele Jansson, aka Michele Janquitto
   P.O. Box 30
   Bradley Beach, NJ 07720

Social Security No.:
   xxx−xx−5009

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

   You are hereby notified that the above−named case will be closed without entry of discharge on or after April 28, 2017 for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: March 29, 2017
JAN: gan

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Michele J. Thompson  
    Debtor

Case No. 12-12568-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3       User: admin       Page 1 of 1       Date Rcvd: Mar 29, 2017  
                    Form ID: clsnodsc       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 31, 2017.  
db          +Michele J. Thompson,    P.O. Box 30,    Bradley Beach, NJ 07720-0030

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg           E-mail/Text: usanj.njbankr@usdoj.gov Mar 29 2017 23:13:42    U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534  
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 29 2017 23:13:38    United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235  
                                                                                                                                                                                        TOTAL: 2

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2017 at the address(es) listed below:  
              Albert    Russo    docs@russotrustee.com  
              David M. Meth    on behalf of Interested Party Margaret    Cassidy david@methnjlaw.com  
              Denise E. Carlon    on behalf of Creditor    US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for Banc of America Funding 2005-8 bankruptcynotice@zuckergoldberg.com, bkgroup@kmllawgroup.com  
              Joel A. Ackerman    on behalf of Creditor    US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for Banc ofAmerica Funding 2005-8 jackerman@zuckergoldberg.com  
              Joel A. Ackerman    on behalf of Creditor    US Bank National Association, as Trustee, successor in interest to Wachovia Bank, National Association as Trustee for Banc of America Funding 2005-8 bankruptcynotice@zuckergoldberg.com  
              Robert J. Ferb    on behalf of Debtor Michele J. Thompson rjf1@bellatlantic.net  
              Robert J. Ferb    on behalf of Spec. Counsel Robert J. Ferb rjf1@bellatlantic.net  
                                                                                                                                                                                                                       TOTAL: 7